UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHRAF QUTOUM                                           CIVIL ACTION

VERSUS                                                  NO. 05-6630

JIM ROGERS, WARDEN                                      SECTION "S" (6)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Ashraf Qutoum for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 17th day of July, 2007.

UNITED STATES DISTRICT JUDGE